UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| THURSTON WALLER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WARDEN ADAM, and )<br>JUANITA SHARPE, )<br>)<br>Defendants. ) | CV622-042 |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), (doc. no. 3), to which no objections have been filed. Accordingly, the R&R is **ADOPTED**. Plaintiff's Complaint is **DISMISSED**. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 12th day of December, 2022.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA